UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE SCHULZ HALBOWER, as Trustee
of THE HALBOWER LEGACY TRUST,

    Plaintiff/Counter-Defendant,

v.

HISCOX SYNDICATE 33 OF LLOYD'S
OF LONDON,

    Defendant/Counter-Plaintiff.

Case No. 1:22-cv-00964

Hon. Robert J. Jonker

| Ronald G. DeWaard (P4117) | Clinton E. Cameron (P45567) |
|---|---|
| Brion B. Doyle (P67870 | Alexander Ross |
| VARNUM LLP | Courtney Dawn Logli |
| *Attorneys for Plaintiff/Counter-Defendant* | Clyde & Co US LLP |
| Bridgewater Place, P.O. Box 352 | *Attorneys for Defendant/Counter-Plaintiff* |
| Grand Rapids, MI  49501-0352 | 30 South Wacker Drive, Suite 2600 |
| (616) 336-6000 | Chicago, IL  60606 |
| rgdewaard@varnumlaw.com | (312) 635-7000 |
| bbdoyle@varnumlaw.com | Clinton.cameron@clydeco.us |
| | Alexander.ross@clydeco.us |
| | Courtney.logli@clydeco.us |

**PLAINTIFF/COUNTER-DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO AMEND PLEADINGS**

    Now comes Plaintiff/Counter-Defendant Julie Schulz Halbower, as Trustee of the Halbower Legacy Trust ("Plaintiff"), by and through her attorneys, and for her unopposed motion for leave to amend her Complaint, states as follows:

    1.    In response to the Court's request for additional information in its Order of May 1, 2024 [ECF No. 97], Plaintiff advises that she seeks leave from the Court to amend her Complaint (1) to modify and supplement certain facts based on information that Plaintiff has learned during the course of discovery and (2) add an alternative count for statutory remedies under Illinois law in the

event that the Court determines that Illinois law applies to this dispute. A copy of Plaintiff's proposed First Amended Complaint is attached hereto as **Exhibit A**.

2.  First, during the claims process, the broker, Tonja Van Roy, represented to Plaintiff that she had previously sent a particular e-mail. Based on those representations from the broker, Plaintiff alleged the same in her Complaint. However, forensic evidence that the Plaintiff received and was able to analyze does not support that the e-mail in question was sent. Plaintiff discovered this information as a result of the Court-ordered production and inspection of the data on certain of the broker's devices. Plaintiff therefore seeks leave to amend her Complaint so that the factual allegations reflect her current understanding and belief. These proposed amendments to the factual allegations do not impact Plaintiff's existing claims or legal theories.

3.  Second, while Plaintiff believes that Michigan law governs the parties' dispute, Defendant has argued for the application of Illinois law. In order to preserve her rights to certain unique statutory remedies that are available under Illinois law, Plaintiff seeks leave to plead a claim for damages under an Illinois statute, as an alternative cause of action.

4.  Plaintiff does not believe that the proposed First Amended Complaint will necessitate any additional discovery or any modifications to the existing case schedule, although Plaintiff does note that the parties are separately filing an agreed motion to extend the expert disclosure and reporting deadlines by 30 days.

5.  Defendant has advised Plaintiff that it does not object to the relief sought in this Motion, but Defendant has advised Plaintiff that it intends to file a separate brief outlining its position regarding amended pleadings and responding to the Court's request for additional information in its Order of May 1, 2024 [ECF No. 97] on or before June 12, 2024.

Wherefore, Plaintiff respectfully requests that the Court grant her motion. A copy of a proposed order is attached hereto as **Exhibit B**. Plaintiff would also be happy to attend a status conference with the Court to discuss this motion further.

                                  Respectfully submitted,

                                  VARNUM LLP
*Attorneys for Plaintiff/Counter-Defendant*

Dated: June 11, 2024              By:   */s/ Brion B. Doyle*
                                  Ronald G. DeWaard (P44117)
                                  Brion B. Doyle (P67870)
                                  Bridgewater Place, P.O. Box 352
                                  Grand Rapids, MI 49501-0352
                                  (616) 336-6000

25617973.1