UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JULIE SCHULZ HALBOWER, as Trustee of THE HALBOWER LEGACY TRUST, | Case No. 1:22-cv-00964 |
| Plaintiff/Counter-Defendant, | Hon. Robert J. Jonker |
| v. | |
| HISCOX SYNDICATE 33 OF LLOYD'S OF LONDON, | **ORAL ARGUMENT REQUESTED** |
| Defendant/Counter-Plaintiff. | |

| | |
|---|---|
| Ronald G. DeWaard (P4117) | Clinton E. Cameron (P45567) |
| Brion B. Doyle (P67870 | Alexander Ross |
| VARNUM LLP | Courtney Dawn Logli |
| *Attorneys for Plaintiff/Counter-Defendant* | Clyde & Co US LLP |
| Bridgewater Place, P.O. Box 352 | *Attorneys for Defendant/Counter-Plaintiff* |
| Grand Rapids, MI 49501-0352 | 55 West Monroe, Suite 300 |
| (616) 336-6000 | Chicago, IL 60603 |
| rgdewaard@varnumlaw.com | (312) 635-7000 |
| bbdoyle@varnumlaw.com | Clinton.cameron@clydeco.us |
| | Alexander.ross@clydeco.us |
| | Courtney.logli@clydeco.us |

## PLAINTIFF/COUNTER-DEFENDANT'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW COMES Plaintiff/Counter-Defendant, Julie Schulz Halbower, as Trustee of the Halbower Legacy Trust ("Plaintiff"), and hereby moves this Court for leave to file her Second Amended Complaint. Plaintiff's Motion is supported by the accompanying Brief, which is incorporated herein by reference.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | VARNUM LLP<br>*Attorneys for Plaintiff/Counter-Defendant* |
| Dated:  December 27, 2024 | By:   */s/ Brion B. Doyle*<br>Ronald G. DeWaard (P44117)<br>Brion B. Doyle (P67870)<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>rgdewaard@varnumlaw.com<br>bbdoyle@varnumlaw.com |

26730001.1