UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE SCHULZ HALBOWER, as
Trustee of the HALBOWER LEGACY
TRUST,

    Plaintiff,

v.	CASE No. 1:22-cv-964

HON. ROBERT J. JONKER

HISCOX SYNDICATE 33 OF LLOYD'S
OF LONDON,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of Defendant and against Plaintiff, dismissing each of Plaintiff's claims under Rule 12(b)(6).

Dated: January 17, 2025    /s/ Robert J. Jonker
    ROBERT J. JONKER
    UNITED STATES DISTRICT JUDGE